IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONNA DICKENS,
an individual,

      Plaintiff,

v.                                      CASE NO.: 4:09cv83-SPM/WCS

FLORIDA DIVISION OF RECREATION
AND PARKS, D/B/A DR. JULIAN G.
BRUCE ST GEORGE ISLAND STATE
PARK, a political subdivision of the
State of Florida,

and

MIKE BULLOCH, Director, in his
Official Capacity,

      Defendants.
_____/

## ORDER EXTENDING DEADLINE TO MEDIATE

Upon consideration, Plaintiff's Consent Motion to Continue the Parties' Mediation Deadline (doc. 28) is granted. The deadline to begin mediation is extended to January 18, 2010.

SO ORDERED this 9th day of December, 2009.

                                             *s/ Stephan P. Mickle*
                                             Stephan P. Mickle
                                             Chief United States District Judge