IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONNA DICKENS,
an individual,

      Plaintiff,

v.                         CASE NO.: 4:09cv83-SPM/WCS

FLORIDA DIVISION OF RECREATION
AND PARKS, D/B/A DR. JULIAN G.
BRUCE ST GEORGE ISLAND STATE
PARK, a political subdivision of the
State of Florida,

and

MIKE BULLOCH, Director, in his
Official Capacity,

      Defendants.
_____/

## ORDER OF DISMISSAL

This case has been dismissed with prejudice pursuant to the parties' Stipulation of Dismissal With Prejudice (doc. 35) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii). All pending motions are denied as moot. The clerk has already closed this case on prior order (doc. 32).

SO ORDERED this 4th day of February, 2010.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                Chief United States District Judge